■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. SHEILA EILEEN VENABLE, Admitted on September 24, 1990, at a Term of the Appellate Division, First Department. [745 NYS2d 424] —Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Williams, P.J., Nardelli, Mazzarelli, Saxe and Ellerin, JJ. [See 257 AD2d 127.]